UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LACROSSE UNLIMITED, INC.<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>US LACROSSE, INC., ET AL.,<br><br>　　　　　　　Defendants. | 24-CV-01607 (JPC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A telephone conference is scheduled for **Friday, April 19, 2024, at 3:00 PM**, in advance of a settlement conference. Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code 523 687 865#.**

　　If counsel are not available at this date and time, please jointly confer and email four dates of availability to [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov) within 48 hours of this order.

DATED:  April 10, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge