UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LACROSSE UNLIMITED, INC.<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>US LACROSSE, INC.<br><br>　　　　　　　Defendant. | 24-CV-01607 (JPC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The next settlement conference is scheduled for **Wednesday, July 17, 2024 at 2:00 p.m.** to be held virtually. The Courtroom Deputy will email counsel the video conference details.

　　Corporate parties must send the person with decision-making authority to settle the matter to the conference.

　　If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:　May 3, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge