UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LACROSSE UNLIMITED, INC.<br><br>                Plaintiff,<br><br>-against-<br><br>US LACROSSE, INC.<br><br>                Defendant. | 24-CV-1607 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 30, 2024, the parties were ordered to provide an update on the status but not the substance of their settlement efforts by November 27, 2024. (*See* ECF 34, Text Order.) The parties have not done so. By **December 5, 2024**, the parties shall file a joint update on the status but not the substance of their settlement efforts.

DATED:   New York, New York
             December 3, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge